AO245B Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

# United States District Court
## Western District of Louisiana

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JACQUELINE HENDERSON | Criminal Number: |
| | USM Number: 99-10017-01 |
| | Wayne Blanchard |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of conditions <u>Standard Condition #2 and Special Conditions #1 and #2</u> of the term of supervision.

The defendant is guilty of these violations.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | Failure to report to Probation Officer | |
| Special Condition #1 and #2 | Failure to pay fine and restitution | |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

03/16/07
Date of Imposition of Sentence

Signature of Judicial Officer

DEE D. DRELL, United States District Judge
Name & Title of Judicial Officer

3/16/07
Date

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:     JACQUELINE HENDERSON
CASE NUMBER:

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term **of 4 months** .

[✓]   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                    _____
                                                                    UNITED STATES MARSHAL

                                                                    By _____
                                                                    DEPUTY UNITED STATES MARSHAL